IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| CANTON PORT SERVICES, LLC | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 09-2452 CCB |
| M/V SNOW BIRD, her engines, tackle and apparel, et al., | * | |
| | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER CONFIRMING THE OCTOBER 30, 2009 UNITED STATES MARSHAL'S SALE OF THE VESSEL M/V SNOWBIRD TO RATTAN RAMKISSOON

Upon the Motion and Memorandum of Plaintiff Canton Port Services, LLC ("Canton") pursuant to Fed. R. Civ. P. Supplemental Rule E(9) and Local Admiralty Rule (e)(12)(f) for this Court to confirm the October 30, 2009 United States Marshal's sale of the vessel M/V SNOWBIRD ("Vessel") to Rattan Ramkissoon as high bidder at the United States Marshal's sale of the Vessel, this Court hereby:

**CONFIRMS** the sale to Rattan Ramkissoon of all right, title and interest in and to the Vessel, such sale free and clear of all maritime and other liens and claims, *in rem* or otherwise, arising against the Vessel prior to the final date of this Order; and further

**SO ORDERED** this __6__ day of November, 2009.

/s/ CCB
_____
Catherine C. Blake
United States District Judge