**W&S**

Wright, Constable & Skeen, L.L.P | Attorneys at Law

One Charles Center, 16th Floor • 100 N. Charles Street • Baltimore, Maryland 21201-3812 • 410-659-1300 • Fax 410-659-1350

Michael I. Gordon
Michael J. Abromaitis
Monte Fried
James W. Constable
David W. Skeen
Gerard P. Sunderland*
Louis J. Kozlakowski, Jr.
George J. Bachrach
Robert W. Hesselbacher, Jr.**
Kenneth F. Davies
Stephen F. White
Frederick L. Kobb
Paul F. Evelius
Mary Alice Smolarek*
Michael A. Stover
Cynthia E. Rodgers-Waire*
Michael A. Stanley
Howard S. Stevens*

Associates
Eric T. Schline
Mollie G. Caplis*
Meighan Griffin Burton
Jason R. Potter

Of Counsel
P. McEvoy Cromwell
Douglas G. Worrall

Towson Office
220 Bosley Avenue
Towson, Maryland 21204

www.wcslaw.com

November 30, 2009

Writer's Direct Dial/E-mail Address
(410)659-1336/dskeen@wcslaw.com

The Honorable Catherine C. Blake
United States District Court
for the District of Maryland
101 West Lombard Street, Room 110
Baltimore, Maryland 21201

Re:  Canton Port Services, LLC v. M/V SNOW BIRD, etc., et al.
     Civil Action No. 1:09-cv-02452-CCB

Dear Judge Blake:

We represent Vespucci Marine Company, Ltd., the former owner of the M/V SNOW BIRD. The status of the case from our standpoint is that the vessel was sold for $86,000, and the sale was confirmed. Various claims have been filed against the proceeds. On November 25, 2009 Canton filed a Motion to Pay *In Custodia Legis* expenses and other claims of Canton. These claims of priority will have to be resolved in due course as there are other plaintiffs who have intervened.

However, there are two Motions still pending:

1. Vespucci's Motion to Vacate the Rule B attachment; and

2. Canton's Motion for Security for costs.

We believe both Motions have been fully briefed, although no argument has been scheduled as of yet. With respect to the Motion to Vacate Canton's Attachment, so far as we are aware, only Ocean Ship, Inc., the SNOW BIRD's agent, and Wright, Constable & Skeen, LLP, Vespucci's attorney, have filed answers as garnishees. Neither entity was holding property of Vespucci or any

*Admitted in the District of Columbia and Maryland
*Admitted in the District of Columbia, Maryland and Virginia

229405 v. (11844.00001)

The Honorable Catherine C. Blake
November 30, 2009
Page 2

other entities. Wachovia Bank, the remaining garnishee, has not been heard from. In any event, Vespucci would like to have the Rule B attachment vacated and dismissed as to the garnishees.

                          Very truly yours,

                          /s/

                          David W. Skeen

cc:    J. Stephen Simms, Esq.
        Robert P. O'Brien, Esq.

DWS.SNOWBIRD2.BLAKE.LTR.lan

229405 v. (11844.00001)